## UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER SHIN, an individual, | Case. No. 1:22-CV-02789-KPF |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| AVA LABS, INC., a Delaware corporation, | |
| Defendant. | |

Please enter my appearance as counsel for Defendant AVA LABS, INC. in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: April 21, 2022
       New York, NY

**ROCHE FREEDMAN LLP**

*/s/ Kyle W. Roche*
Kyle W. Roche
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 350-0527
Email: kyle@rochefreedman.com