## UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER SHIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AVA LABS, INC., a Delaware corporation,<br><br>Defendant. | Case. No. 1:22-CV-02789-KPF<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as counsel for Defendant AVA LABS, INC. in the above-captioned action.  I certify that I am admitted to practice before this Court.

Dated: April 21, 2022  
       New York, NY

**ROCHE FREEDMAN LLP**

*/s/ Alex Potter*  
Alex Potter  
99 Park Avenue, Suite 1910  
New York, NY 10016  
Tel: (646) 350-0527  
Email: apotter@rochefreedman.com