UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER SHIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AVA LABS, INC., a Delaware corporation,<br><br>Defendant. | Case. No. 1:22-CV-02789-KPF<br><br>**JOINT STIPULATION AND ORDER** |

Plaintiff Alexander Shin and Defendant Ava Labs, Inc., by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 5, 2022, Plaintiff filed a complaint against Defendant (ECF No. 1);

WHEREAS, on April 8, 2022, Defendant was served with the Summons and Complaint. Accordingly, Defendant's responsive pleading is due on April 29, 2022.

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, subject to the Court's approval, as follows:

1. Defendant shall answer, move against, or otherwise respond to the Complaint no later than May 20, 2022.

2. The Parties further stipulate they intend to work together to prepare a discovery schedule for the Court's approval.

Dated: April 26, 2022                                             Respectfully submitted,


*/s/ Matthew Haicken*
Matthew Haicken
**HAICKEN LAW, PPLC**
11 Broadway, Suite 615
New York, NY 10004
Tel: (212) 529-8326
Email: matthew@haickenlaw.com

*Counsel for Plaintiff Alexander Shin*


*/s/ Kyle W. Roche*
Kyle W. Roche
Alex Potter
Richard Cipolla
Warren Li
**ROCHE FREEDMAN LLP**
99 Park Avenue, Suite 1910
New York, NY 10016
Tel: (646) 350-0527
Email: kyle@rochefreedman.com
Email: apotter@rochefreedman.com
Email: rcipolla@rochefreedman.com
Email: wli@rochefreedman.com

*Counsel for Defendant Ava Labs, Inc.*


SO ORDERED:

*[signature: Katherine Polk Failla]*

Dated: ___April 27___, 2022

Hon. Katherine Polk Failla
United States District Judge

2