

May 26, 2022

**By ECF**
Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Email: failla_nysdchambers@nysd.uscourts.gov



Re: *Shin v. Ava Labs, Inc.*, No. 1:22-cv-02789-KPF

Dear Hon. Polk Failla:

With consent of Plaintiff Alexander Shin, we write on behalf of Defendant Ava Labs, Inc. to request that that the initial pretrial conference scheduled for 2:30 p.m. on May 26, 2022 be adjourned *sine die* in favor of entering the Parties' proposed discovery order (Dkt. No. 16-1) and proceeding directly to discovery.

Respectfully submitted,

*/s/ Kyle Roche*
Kyle Roche
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, New York 10016
(646) 970-7509
kyle@rochefreedman.com

```
Application GRANTED.  The initial pretrial conference scheduled
for May 26, 2022, is hereby ADJOURNED sine die.  The Court will
endorse the parties' proposed Case Management Plan and Scheduling
Order under separate cover.  The Clerk of Court is directed to
terminate the pending motion at docket number 20.

Dated:    May 26, 2022                 SO ORDERED.
          New York, New York
```

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE