UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 1:22-cv-02789-KPF

ALEXANDER SHIN, an individual,

    Plaintiff,

v.

AVA LABS, INC., a Delaware corporation,

    Defendant.
_____/

### ORDER GRANTING JEFFREY C. SCHNEIDER'S MOTION FOR ADMISSION *PRO HAC VICE*

The motion of **Jeffrey C. Schneider**, of the law firm Levine Kellogg Lehman Schneider + Grossman LLP, for admission to practice *pro hac vice* as counsel for Plaintiff Alexander Shin ("Plaintiff") in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the State of Florida; and that his contact information is as follows:

Jeffrey C. Schneider
Levine Kellogg Lehman Schneider + Grossman LLP
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 403-8788
E-mail: jcs@lklsg.com
Secondary E-mail: gb@lklsg.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above-captioned action. **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 6, 2022

                                                  Hon. Katherine Polk Failla
                                                  United States District Judge