UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER SHIN, *an individual*,<br><br>       Plaintiff,<br><br>     -v.-<br><br>AVA LABS, INC., *a Delaware corporation*,<br><br>       Defendant. | 22 Civ. 2789 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The parties are ORDERED to appear for a telephone conference regarding the pending motion for summary judgment, on **March 19, 2024**, at **11:00 a.m.** The dial-in information is as follows:  At 11:00 a.m. the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 11:00 a.m.

  SO ORDERED.

Dated: March 7, 2024
     New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge