UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER SHIN, *an individual*,

                        Plaintiff,

                 -v.-

AVA LABS, INC., *a Delaware corporation*,

                        Defendant.

22 Civ. 2789 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons set forth on the record in the oral opinion issued on March 19, 2024, the Court DENIES the Defendant's motion for summary judgment. The parties are hereby ORDERD to file a letter with the Court on or before **April 2, 2024**, advising the Court on the status of the parties' discussions regarding next steps in the case.

    The Clerk of Court is directed to terminate the pending motion at docket number 45.

    SO ORDERED.

Dated:  March 19, 2024
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge